

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00725-CV

John **RICHMOND**,
Appellant

v.

**VRM (VENDOR RESOURCE MANAGEMENT)**, Duly Authorized Agent for the Secretary
of Veterans Affairs,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-03985
Honorable Karen Crouch, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are assessed against appellant.

SIGNED January 17, 2018.

_____
Luz Elena D. Chapa, Justice